The Honorable Robert S. Lasnik

10-CR-00130-BCST

_ FILED _____ ENTERED
_ LODGED _____ RECEIVED.

JUN 1 0 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES ALAN WILSON,<br><br>    Defendant. | NO. CR10-130JCC<br><br>PLEA AGREEMENT |

The United States of America, by and through Jenny A. Durkan, United States
Attorney for the Western District of Washington, and Todd Greenberg, Assistant
United States Attorney, and Defendant, CHARLES ALAN WILSON, and his attorney,
Paula Deutsch, enter into the following Agreement, pursuant to Federal Rule of Criminal
Procedure 11(c):

    1.    The Charge.  Defendant, having been advised of the right to have this
matter tried before a jury, agrees to waive that right and enter a plea of guilty to the
offense of Threatening a Federal Official, in violation of Title 18, United States Code,
Sections 115(a)(1)(B) and (b)(4), as charged in Count 1 of the Indictment.  By entering
the plea of guilty, Defendant hereby waives all objections to the form of the charging
document.  Defendant further understands that before entering the plea of guilty,
Defendant will be placed under oath.  Any statement given by Defendant under oath may
be used by the government in a prosecution for perjury or false statement.

UNITED STATES ATTORNEY
700 STEWART STREET, FLOOR 5
SEATTLE, WASHINGTON 98101
(206) 553-7970

2.    Elements of the Offense. The elements of the offense of Threatening a Federal Official, in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4), as charged in Count 1 of the Indictment, are as follows:

> First, the defendant threatened to assault and murder a United States official; and

> Second, the defendant acted with the intent to impede, intimidate, or interfere with such official while engaged in the performance of official duties, or with the intent to retaliate against such official on account of the performance of official duties.

3.    The Penalties.

a.    Defendant understands that the statutory penalties for the offense of Threatening a Federal Official, in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4), as charged in Count 1 of the Indictment, are as follows: Imprisonment for up to ten (10) years, a fine of up to $250,000, a period of supervision following release from prison of up to three (3) years, and a $100 penalty assessment. Defendant agrees that the penalty assessment shall be paid at or before the time of sentencing.

b.    Defendant understands that in addition to any term of imprisonment and/or fine that is imposed, the Court may order Defendant to pay restitution to any victim of the offense, as required by law. Defendant further understands that a consequence of pleading guilty may include the forfeiture of certain property, either as a part of the sentence imposed by the Court, or as a result of civil judicial or administrative process.

c.    Defendant agrees that any monetary penalty the Court imposes, including the special assessment, fine, costs or restitution, is due and payable immediately, and further agrees to submit a completed Financial Statement of Debtor form as requested by the United States Attorney's Office.

d.    Defendant understands that supervised release is a period of time following imprisonment during which he will be subject to certain restrictions and requirements. Defendant further understands that if supervised release is imposed and he

PLEA AGREEMENT - 2
*United States. Charles Alan Wilson*, CR10-130JCC

UNITED STATES ATTORNEY
700 STEWART STREET, FLOOR 5
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  violates one or more of its conditions, he could be returned to prison for all or part of the

2  term of supervised release that was originally imposed. This could result in Defendant

3  serving a total term of imprisonment greater than the statutory maximum stated above.

4       4.    Rights Waived by Pleading Guilty. Defendant understands that, by pleading

5  guilty, he knowingly and voluntarily waives the following rights:

6            a.    The right to plead not guilty, and to persist in a plea of not guilty;

7            b.    The right to a speedy and public trial before a jury of Defendant's

8  peers;

9            c.    The right to the effective assistance of counsel at trial, including, if

10  Defendant could not afford an attorney, the right to have the Court appoint one for

11  Defendant;

12            d.    The right to be presumed innocent until guilt has been established at

13  trial, beyond a reasonable doubt;

14            e.    The right to confront and cross-examine witnesses against Defendant

15  at trial;

16            f.    The right to compel or subpoena witnesses to appear on Defendant's

17  behalf at trial;

18            g.    The right to testify or to remain silent at trial, at which trial such

19  silence could not be used against Defendant; and

20            h.    The right to appeal a finding of guilt or any pretrial rulings.

21       5.    United States Sentencing Guidelines. Defendant understands and

22  acknowledges that, at sentencing, the Court must consider the sentencing range calculated

23  under the United States Sentencing Guidelines, together with the other factors set forth in

24  Title 18, United States Code, Section 3553(a), including: (1) the nature and circumstances

25  of the offense; (2) the history and characteristics of the defendant; (3) the need for the

26  sentence to reflect the seriousness of the offense, to promote respect for the law, and to

27  provide just punishment for the offense; (4) the need for the sentence to afford adequate

28  deterrence to criminal conduct; (5) the need for the sentence to protect the public from

PLEA AGREEMENT - 3
*United States. Charles Alan Wilson*, CR10-130JCC

1 | further crimes of the defendant; (6) the need to provide the defendant with educational
2 | and vocational training, medical care, or other correctional treatment in the most effective
3 | manner; (7) the kinds of sentences available; (8) the need to provide restitution to victims;
4 | and (9) the need to avoid unwarranted sentence disparity among defendants involved in
5 | similar conduct who have similar records. Accordingly, Defendant understands and
6 | acknowledges that:

7 |         a.      The Court will determine Defendant's applicable Sentencing
8 | Guidelines range at the time of sentencing;

9 |         b.      After consideration of the Sentencing Guidelines and the other
10 | factors in 18 U.S.C. 3553(a), the Court may impose any sentence authorized by law, up to
11 | the maximum term authorized by law;

12 |         c.      The Court is not bound by any recommendation regarding the
13 | sentence to be imposed, or by any calculation or estimation of the Sentencing Guidelines
14 | range offered by the parties, or by the United States Probation Department; and

15 |         d.      Defendant may not withdraw a guilty plea solely because of the
16 | sentence imposed by the Court.

17 |     6.      Ultimate Sentence. Defendant acknowledges that no one has promised or
18 | guaranteed what sentence the Court will impose.

19 |     7.      Statement of Facts. The parties agree on the following facts in support of
20 | Defendant's guilty plea and sentencing. Defendant admits he is guilty of the offense.

21 |         a.      Beginning on or about March 22, 2010, and continuing through on or
22 | about April 4, 2010, Charles Wilson left a series of threatening voicemail messages for
23 | United States Senator Patricia L. Murray at her business office located in downtown
24 | Seattle, Washington. The timing of Wilson's messages coincided with the passage of the
25 | Healthcare Reform Act legislation. Specifically, it is a matter of public record that on
26 | March 21, 2010, the Healthcare Reform Act was approved by the United States Congress.
27 | The President of the United States signed the bill into law on March 23, 2010. In his
28 | voicemail messages, Wilson expressed his strong disapproval for the Healthcare Reform

PLEA AGREEMENT - 4
*United States. Charles Alan Wilson*, CR10-130JCC

1    Act, and the fact that Senator Murray voted in support of the law. Some examples of the

2    threatening messages Wilson left for Senator Murray are set forth in the paragraphs

3    below.

4         b.    During the morning of March 22, 2010, Wilson made the following

5    statements over a series of voicemail messages left at Senator Murray's office:

> I hope you realize, there's a target on your back now. There are many
> people out there that want you dead. Just remember that as you are
> politicing for your reelection. It only takes one piece of lead. . . . Kill the
> fucking senator! Kill the fucking senator! I'll donate the lead. . . . Now
> that you've passed your health-care bill, let the violence begin. Let the
> violence begin. There's people gonna get hurt over this son of a bitch. We,
> the people, will not subside, succumb to socialism. Let the violence begin.
> You will find out and you will actually really pay. You have awakened a
> sleeping giant. The American people will not put up with it. We are not a
> country of cowards, as one of the high ranking people of this administration
> says. You'll find out how fucking cowardly we really are, my dear. Better
> get under your desk, get on your (unintelligible).

         c.    On March 23, 2010, at 10:19 a.m., Wilson left the following

voicemail message for Senator Murray:

> With the passing of your health-care bill, it is living proof now that . . . This
> great country that believes in God and guns. Since you've done this, there's
> going to be some bigger targets on your fucking back. . . . I hope somebody
> kills you, and I hope somebody kills [the President]. Yes, die, dead. You're
> signing my death warrant, so I want to sign yours, fucking bitch.

         d.    On March 23, 2010, at 10:23 a.m., Wilson left the following

voicemail message for Senator Murray:

> As you grow older, you are going to have a target on your back forever, for
> voting in socialism into this country with your health-care bill and your cap
> 'n tax. Your gonna have a target on your back for the rest of your life.
> How long do you think you can hide? Yes, for the rest of your life. And
> there is going to be – it could be a senior citizen, could be an veteran, could
> be a mad momma, an upset momma. By your attempts to overtake this
> country with socialism, somebody's gonna get to you one way or another
> and blow your fucking brains out, and I hope it does happen. If I have the
> chance, I would do it. You have created a hatred in this country against
> socialism, and you low-life backstabbing, lying, cheating, politicians are
> going to be held accountable. And hopefully it is with your life. I hope it's
> with your life. I hope somebody takes your fucking fat ass fucking out, I
> really do. And it's just my belief. I'm not a tea party bagger. I'm an
> independent U.S. voter. I'm neither Republican nor Democrat. I hope you
> fucking die. I want to fucking kill you. I hope somebody fucking hangs
> you, blows your fucking brains out. We will not be socialized, you fucking
> cunt. Get it through your fucking head. You have – You are a marked
> person for the rest of your fucking life, you fucking slut.

PLEA AGREEMENT - 5
*United States. Charles Alan Wilson*, CR10-130JCC

UNITED STATES ATTORNEY
700 Stewart Street, Floor 5
Seattle, Washington 98101
(206) 553-7970

1         e.     On March 23, 2010, at 10:28 a.m., Wilson left the following

2 voicemail message for Senator Murray:

> Kill the fucking Senator! Hang the fucking Senator! I hope somebody puts
> a fucking bullet between your fucking eyes. Far left liberal socialist
> democratic bitch. You mother-fucker. You sold the fucking people of the
> country out for socialism. I hope somebody fucking erasers your fucking
> life. Yes, I hope somebody assassinates you, you fucking bitch.

        f.     Also on March 23, 2010, Wilson made the following statements over

the course of several additional voicemail messages left at Senator Murray's office:

> In watching how this government works, this is not a striking and what
> you're doing to this country, I surely hope somebody puts a fucking bullet
> through your fucking brain. I hope they blow your fucking brain all over
> the fucking wall. Yes, I hope somebody assassinates you. I wish somebody
> would kill you. . . . I wish somebody would blow your ass off the face of
> the fucking earth. Yes, assassinate you. I wish somebody would blow your
> fucking brains out. . . . Not only do I say, "Kill the bill!" I say: Kill the
> fucking Senator! Hang the fucking bitch! Hang that mother-fucking bitch
> from a fucking gallows! Kill the bill, kill the Senator too.
> * * * * *
> I do believe that every one of you mother-fucking socialist democratic
> progressive mother-fuckers need to be taken out. Put in front of a fucking
> firing squad and shot between the fucking eyes. Assassinated, you fucking
> low-life. There is a growing hatred, my dear, for you progressive socialist
> democrats. Socialism will not work. There is a growing hatred. And guess
> who caused it? You, you! My hatred is coming from you, you fucking slut.
> Since you are going to put my life at risk, and some bureaucrat is going to
> determine my health-care, your life is at risk, dear. Yes, your life is at risk.
> There are a lot more of us. There are a lot of crazy people out there, and
> your security may stay with you for a long time, but somebody will get
> through. You never know. Your life is in danger, since you're putting my
> life in danger. Turn about's fair play.

        g.     On March 23, 2010, at 5:07 p.m., Wilson left the following

voicemail message for Senator Murray:

> Fuck you socialists up the ass. You're dead fucking meat, Murray! You're
> dead fucking meat! Baby killer, Murray. I hope somebody gets through
> your security and blows your fucking brains out, you fucking baby killing
> fucking bitch. Yeah, you fucking spineless, fucking whore. You Pike
> Street fucking whore. I hope somebody gets through your security and
> blows your fucking brains out, you fucking baby killer. Blows your fucking
> brains out. We will not be socialized, you fucking cunt. Get it through your
> fucking head. You have – You are a marked person for the rest of your
> fucking life, you fucking slut.

//

//

PLEA AGREEMENT - 6
*United States. Charles Alan Wilson*, CR10-130JCC

UNITED STATES ATTORNEY
700 STEWART STREET, FLOOR 5
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     h.  On March 24, 2010, at 8:09 a.m., Wilson left the following

2 voicemail message for Senator Murray:

3    Senator, you just got done fucking the people of this State, the senior
     citizens of this country and most everybody else, to satisfy your ideological
4    ideas. We are going to fuck you up. We are going to fuck you up as bad as
     we can. Yes, the independents. The real people of this country, not you
5    spineless fucking socialists. You better watch your fucking back, baby,
     because there's people gonna come after you with fucking both fucking
6    barrels, bitch. You fucking Pike Street whore.

7     i.  On March 24, 2010, 8:11 a.m., Wilson left the following voicemail

8 message for Senator Murray:

9    Somebody is eventually gonna get through your security and put a fucking
     gun to your head, and hopefully I will be able to watch somebody blow your
10    fucking brains out. You're so fucking ignorant. I would actually pay to
     help that person, you fucking sleeze-ball fucking cunt. You are ruining this
11    country. You have awakened a sleeping giant and we are coming after you.
     Yes, we the people. As you trash our Constitution, you tried to lead us into
12    a socialistic nation, we're gonna fuck you up. We're gonna fuck you up so
     fucking bad, you're gonna be fucking. . . . I hope somebody gets through
13    your security and blows your fucking brains out. Yes, I truly, really, with
     all my heart, hopefully somebody does that.

14

15     j.  On March 24, 2010, at 10:24 a.m., Wilson left the following

16 voicemail message for Senator Murray:

17    The old saying goes, my dear, all's fair in love and war. This is war, so
     everything is fair. Cover your back. You better have eyes in the back of
18    your head. Cover your back, all's fair in love and war. Nobody comes out
     a winner. You may think you're a winner now. You're gonna be the
19    biggest fucking loser. You have a horrendous amount of people that dislike
     you and your policies, and since we are, you have declared war on the
20    American citizens, and we are declaring war upon you. Watch your back.

21     k.  On March 26, 2010, at 4:34 a.m., Wilson left the following

22 voicemail message for Senator Murray:

23    Now that you have finally screwed the people of this State and helped screw
     the people of this country, I hope that you are very, very proud of yourself.
24    You'll go down in the annals of time as one of the most fantastic Pike Street
     whores that Washington has ever had. I want to thank you so much for
25    ruining my life and yes, for killing babies. Voting on a bill that kills babies,
     you ought to be very, very proud of yourself. That's what you should run
26    on from this Fall as you run around town in your sneaker shoes. Yes, uh,
     it's not that I hate you. I've never met you. But your policies and your
27    ideals suck. Yes. In your dying days, I hope it turns around and bites you
     in the fucking ass so fucking hard, you fucking cunt.

28

PLEA AGREEMENT - 7
*United States. Charles Alan Wilson*, CR10-130JCC

1          l.      On March 27, 2010, at 9:27 a.m., Wilson left the following

2   voicemail message for Senator Murray:

3          . . . I hope we shove this health-care bill so far down your throat. You
           shoved it down our throat, we're gonna shove it up your ass. Yes, we're
4          gonna shove it right up your ass. We're gonna take your ass out of office.
           That way, you cannot harm us any more. Maybe I will not have to go to the
5          end-of-life classes that you have planned for me. Maybe you should go to
           the end-of-life classes that you have planned for us. Because you're gonna
6          be there some day, too, yourself. So you better study up, my dear.

7          m.      On March 27, 2010, at 6:10 p.m., Wilson left the following

8   voicemail message for Senator Murray:

9          Yes, Patty, I hope you choke on your health-care bill. We're choking on it.
           Yes, me are a senior citizen on social security and medicare. I want to
10         thank you so much, very very much, for signing my death warrant. You,
           you have given me so much in your career, I don't know how to thank you.
11         Oh, gee, thank you so much. I, I just love this new health-care bill. I'm
           glad I finally got to state that I need to go pass away when I have out-lived
12         my usefulness to you. Yes, that makes me so glad. At least I know that I
           will be taken care of, you know, in the after-life. . . . It's sad to say, but uh,
13         we won't go down without a fight. A big fight, and it can hurt people.
           You're already hurting me, so when I'm hurt, I want to hurt back. And I
14         think that turn-about's fair play. . . . Thank you so much for signing my
           death warrant. Too bad it's not yours.
15
           n.      On March 29, 2010, at 5:04 a.m., Wilson left the following
16
    voicemail message for Senator Murray:
17
           Senator . . . Fuck you. You are fired. You are 86'ed. Fuck you, you Pike
18         Street fucking whore. You fucking slut. Come over to Yakima and list–
           Come on down to Grandview and get some more spit dick there, you old
19         fucking cunt.

20         o.      On March 30, 2010, at 5:25 p.m., Wilson left the following

21  voicemail message for Senator Murray: "Fuck you liberals. We're gonna take you out,

22  Murray. We're gonna take you out. Fuck you, God damn liberals."

23         p.      On April 4, 2010, at 8:00 p.m., Wilson left the following voicemail

24  message for Senator Murray:

25         Oh, you were in Yakima last week. How come you didn't give a big speech
           to the people outside waiting to see you? Yeah, we were outside waiting
26         for you, hopefully you would come out and explain to us how come this
           health-care bill that you railed on so highly is going to create the biggest
27         drain in American history. It's going to cause so much pain and suffering.
           I would like to thank you so much, for robbing from me and putting on
28         my children's plate the most ridiculous, underhanded, back-door lying,

UNITED STATES ATTORNEY
700 STEWART STREET, FLOOR 5
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  cheating, unconstitutional. You are fantastic. I want to thank you for
   the pain and suffering I am having. Fuck you, you fucking slut, you fucking
2  cunt. I wish you the fucking pain I am going through. I wish it upon you. I
   hope you had the worst fucking Easter of you entire fucking life. We are
3  coming after you, bitch, taking you out of fucking office. We are going to
   remove you from doing any more damage to the people that you are
4  supposed to represent, not rule. Fuck you cunt, you fucking Pike Street
   fucking slut.
5
      8.    Sentencing Factors. The parties agree that the following Sentencing
6
   Guidelines provisions apply to this case:
7
           a.    A base offense level of 12, pursuant to USSG § 2A6.1(a)(1).
8
           b.    A two-level upward adjustment because the offense involved more
9
   than two threats, pursuant to USSG § 2A6.1(b)(2)(A).
10
           c.    A six-level upward adjustment because the victim of the offense was
11
   a government official and the offense of conviction was motivated by such status,
12
   pursuant to USSG § 3A1.2(b).
13
           d.    The United States acknowledges that if Defendant qualifies for an
14
   acceptance of responsibility adjustment pursuant to USSG § 3E1.1(a), and if the offense
15
   level is sixteen (16) or greater, his total offense level should be decreased by three (3)
16
   levels, pursuant to USSG §§ 3E1.1(a) and (b), because he has assisted the United States
17
   by timely notifying the authorities of Defendant's intention to plead guilty, thereby
18
   permitting the United States to avoid preparing for trial and permitting the Court to
19
   allocate its resources efficiently on factors set forth in the United States Sentencing
20
   Guidelines, including Section 3E1.1.
21
           e.    The parties agree they are free to argue the application of any other
22
   provisions of the United States Sentencing Guidelines. Defendant understands, however,
23
   that at the time of sentencing, the Court is free to reject these stipulated adjustments, and
24
   is further free to apply additional downward or upward adjustments in determining
25
   Defendant's Sentencing Guidelines range.
26
   //
27
   //
28

PLEA AGREEMENT - 9
*United States. Charles Alan Wilson*, CR10-130JCC

UNITED STATES ATTORNEY
700 STEWART STREET, FLOOR 5
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    9.    Sentencing Agreement. The government will recommend a sentence of

2    imprisonment of no greater than the high end of the applicable Sentencing Guidelines

3    range. Defendant is free to recommend any sentence allowed under the law.

4    10.    Non-Prosecution of Additional Offenses. As part of this Plea Agreement,

5    the United States Attorney's Office for the Western District of Washington agrees not to

6    prosecute Defendant for any additional offenses known to it as of the time of this

7    Agreement that are based upon evidence in its possession at this time, or that arise out of

8    the conduct giving rise to this investigation. In this regard, Defendant recognizes that the

9    United States has agreed not to prosecute all of the criminal charges that the evidence

10   establishes were committed by Defendant solely because of the promises made by

11   Defendant in this Agreement. Defendant acknowledges and agrees, however, that for

12   purposes of preparing the Presentence Report, the United States Attorney's Office will

13   provide the United States Probation Office with evidence of all relevant conduct

14   committed by Defendant.

15   11.    Breach, Waiver, and Post-Plea Conduct. Defendant agrees that if

16   Defendant breaches this Plea Agreement, the United States may withdraw from this Plea

17   Agreement and Defendant may be prosecuted for all offenses for which the United States

18   has evidence. Defendant agrees not to oppose any steps taken by the United States to

19   nullify this Plea Agreement, including the filing of a motion to withdraw from the Plea

20   Agreement. Defendant also agrees that if Defendant is in breach of this Plea Agreement,

21   Defendant has waived any objection to the re-institution of any charges in the Indictment

22   that were previously dismissed or any additional charges that had not been prosecuted.

23   Defendant further understands that if, after the date of this Agreement, Defendant

24   should engage in illegal conduct, or conduct that is in violation of his conditions of

25   release or confinement (examples of which include, but are not limited to: obstruction of

26   justice, failure to appear for a court proceeding, criminal conduct while pending

27   sentencing, and false statements to law enforcement agents, the Pretrial Services Officer,

28   Probation Officer, or Court), the United States is free under this Agreement to file

PLEA AGREEMENT - 10
*United States. Charles Alan Wilson*, CR10-130JCC

1   additional charges against Defendant or to seek a sentence that takes such conduct into
2   consideration by requesting the Court to apply additional adjustments or enhancements in
3   its Sentencing Guidelines calculations in order to increase the applicable advisory
4   Guidelines range, and/or by seeking an upward departure or variance from the calculated
5   advisory Guidelines range.  Under these circumstances, the United States is free to seek
6   such adjustments, enhancements, departures, and/or variances even if otherwise precluded
7   by the terms of the plea agreement.

8        12.   Statute of Limitations.  In the event that this Agreement is not accepted by
9   the Court for any reason, or Defendant has breached any of the terms of this Plea
10  Agreement, the statute of limitations shall be deemed to have been tolled from the date of
11  the Plea Agreement to: (1) 30 days following the date of non-acceptance of the Plea
12  Agreement by the Court; or (2) 30 days following the date on which a breach of the Plea
13  Agreement by Defendant is discovered by the United States Attorney's Office.

14       13.   Voluntariness of Plea.  Defendant acknowledges that he has entered into
15  this Plea Agreement freely and voluntarily, and that no threats or promises, other than the
16  promises contained in this Plea Agreement, were made to induce Defendant to enter this
17  plea of guilty.

18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

PLEA AGREEMENT - 11
*United States. Charles Alan Wilson*, CR10-130JCC

1    14.   <u>Completeness of Agreement</u>.  The United States and Defendant

2   acknowledge that these terms constitute the entire Plea Agreement between the parties.

3   This Agreement only binds the United States Attorney's Office for the Western District of

4   Washington.  It does not bind any other United States Attorney's Office or any other

5   office or agency of the United States, or any state or local prosecutor.

6       Dated this _____ day of _____ JUNE _____, 2010.

7

8                                   _____
                                    CHARLES ALAN WILSON
9                                   Defendant

10

11                                  _____
                                    Paula Deutsch
12                                  Attorney for Defendant

13

14                                  _____
                                    Todd Greenberg
15                                  Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28

PLEA AGREEMENT - 12
*United States. Charles Alan Wilson*, CR10-130JCC

UNITED STATES ATTORNEY
700 STEWART STREET, FLOOR 5
SEATTLE, WASHINGTON 98101
(206) 553-7970